**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA** | : | |
| | : | **CRIMINAL ACTION** |
| **v.** | : | **No. 26-201** |
| | : | |
| **STEVEN JACOBS** | : | |

## <u>ORDER</u>

This 14th day of May, 2026, Defendant having filed a notice of removal, ECF 2, it is hereby

**ORDERED** that this action is **REMANDED** to the Philadelphia County Court of Common Pleas.


 /s/ Gerald Austin McHugh
United States District Judge